

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2014

No. 04-14-00508-CV

Rudy **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO BUILDING STANDARDS BOARD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08659
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Appellant has filed an affidavit of indigence. The clerk, court reporter, or any party who desires to challenge appellant's claim of indigence is hereby ORDERED to do so by filing a contest to the affidavit in the trial court <u>no later than ten days from the date of this order</u>. TEX. R. APP. P. 20.1(e).

Pursuant to Texas Rule of Appellate Procedure 20.1(h)(4), we abate this case to the trial court:

      A.      To conduct a hearing or sign an order extending the time to conduct a hearing within ten days after the contest is filed; provided, however, that the time for conducting a hearing on the contest must not be extended for more than twenty days from the date the trial court signs its order extending the time to conduct the hearing. TEX. R. APP. P. 20.1(i)(2),(3) and

      B.      To determine whether or not the appeal is frivolous if no contest is filed or if a contest is overruled. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003 (West 2002).

The trial court is hereby ORDERED to prepare a written order and written findings of fact and conclusions of law regarding its indigence determination and its determination with regard to whether the appeal is frivolous.

The trial court clerk is hereby ORDERED to file a supplemental clerk's record as soon as practicable after the trial court enters its order and written findings and conclusions but in no event later than 60 days from the date of this order, containing: (1) the contest or a certificate stating no contest was filed: (2) the trial court's order; (3) the trial court's findings of fact and conclusions of law; (4) the judgment being appealed; (5) any post-judgment motions; (6) the notice of appeal; and (7) the court's docket sheet; **provided, however, that if the trial court sustains the contest, and the appellant files a motion in this court seeking review of the trial court's order, the supplemental clerk's record must be filed no later than three days from the date the appellant files his motion seeking review.**

The court reporter is hereby ORDERED to file a reporter's record of the hearing as soon as practicable but in no event later than sixty days from the date of this order; **provided, however, that if the trial court sustains the contest, and the appellant files a motion in this court seeking review of the trial court's order, the reporter's record of the hearing must be filed no later than three days from the date the appellant files his motion seeking review.**

It is so **ORDERED** on November 13, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court